| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

*Filed SEP 01 1998*
Michael N. Milby, Clerk of Court

Victoria Caro, et al §
§
versus §
§ CIVIL ACTION B-97-213
City of Brownsville, et al §
§

*United States District Court, Southern District of Texas ENTERED SEP 03 1998 Michael N. Milby, Clerk of Court, By Deputy Clerk*

## Order

The reference to the magistrate judge is withdrawn and this case is returned to the docket of Judge Hilda G. Tagle.

Court settings are cancelled but deadlines remain in effect.

Signed on _September 1_, 1998, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge