21

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

Cano

versus

City of Brownsville

§
§
§
§
§
§

CIVIL ACTION B-97-213

United States District Court
Southern District of Texas
FILED

SEP 17 1998

Michael N. Milby, Clerk of Court

### Order Setting Hearing

1. A hearing will be held before Judge Hilda G. Tagle on:

   __Sep. 24__, 1998

   at __3:00__ p.m.

   Courtroom, Fourth Floor
   United States Court House
   500 East Tenth Street
   Brownsville, Texas 78521.

United States District Court
Southern District of Texas
ENTERED

SEP 18 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

2. Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

3. The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance. See Fed. R. Civ. P. 16.

Signed on __Sep. 17__, 1998, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

o.
mhrgddl.