27

United States District Court
Southern District of Texas
ENTERED

NOV 3 0 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VICTORIA CANO AND MARTA HERRERA<br>Plaintiffs, | § § § § § | |
| v. | § | CIVIL ACTION NO. B-97-213 |
| THE CITY OF BROWNSVILLE, et al | § § § § | |

ORDER

Plaintiffs VICTORIA CANO and MARTA HERRERA's Motion to Enlarge Time to File Plaintiffs' First Amended Complaint [Dkt. No. 24-1] is GRANTED.

DONE at Brownsville, Texas, this __30__ day of November 1998.

_____
Hilda G. Tagle
United States District Judge