

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

Cano
*versus*
City of Brownsville

§
§
§
§
§

CIVIL ACTION  97-213

United States District Court
Southern District of Texas
ENTERED

DEC 09 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

## Order Setting Hearing

1. A hearing (motion) will be held before Judge Hilda G. Tagle on: 1-4-99, 1998 at 10:00 A.m.
   Courtroom, Fourth Floor
   United States Court House
   500 East Tenth Street
   Brownsville, Texas 78521.

2. The pretrial conference on 1-7-99, ~~is cancelled. It will be held in conjunction with this motion hearing.~~

3. Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

4. The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance. *See* Fed. R. Civ. P. 16.

Signed on December 8th, 1998, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

o.
mhrgddl.
termddl.