31

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

JAN 1 3 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

Victoria Lano, et al §
§
§
versus §         CIVIL ACTION 97-213
§
§
§
The City of Brownsville, §
et al §

## Order of Dismissal

Under the stipulation of dismissal, this case is dismissed with prejudice; costs of court will be paid by the party incurring them.

Signed on January 13th, 1999, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge