33

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern-District of Texas
ENTERED

FEB 16 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| VICTORIA CANO AND<br>MARTA HERRERA | §<br>§<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO. B-97-213 |
| THE CITY OF BROWNSVILLE,<br>a municipal corporation, AND<br>ANTONIO SEPULVEDA,<br>INDIVIDUALLY AND IN HIS<br>OFFICIAL CAPACITY | §<br>§<br>§<br>§<br>§ | |

## ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER OF CONFIDENTIALITY

This matter is before the Court on the parties' Joint Notice of Stipulation of Dismissal With Prejudice, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, and Motion Regarding Confidentiality, that they have settled their differences and this case should be dismissed with prejudice. The Court being sufficiently advised,

**IT IS THEREFORE ORDERED, ADJUDGED and DECREED** by the Court that this cause, and all claims, actions and causes of action asserted by Plaintiffs against Defendants in this cause be, and they are hereby dismissed with prejudice as to the refiling of same.

**IT IS FURTHER ORDERED** that the documents concerning this settlement be kept confidential.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** by the Court that costs of suit incurred in this proceeding be taxed against the party incurring the same, for which let execution issue if not timely paid.

**SIGNED** this 16 day of February, 1999, at Brownsville, Texas.

_____
**UNITED STATES DISTRICT JUDGE**